IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* Kurt Bunk and Daniel Heuser, <br><br> Plaintiffs/Relators, <br><br> v. <br><br> BIRKART GLOBISTICS GmbH & CO., *et al.*, <br><br> Defendants. | No. 1:02cv1168 (AJT/TRJ) |
| UNITED STATES OF AMERICA *ex rel.* Ray Ammons, <br><br> Plaintiff/Relator, <br><br> v. <br><br> THE PASHA GROUP, *et al.*, <br><br> Defendants. | No. 1:07cv1198 (AJT/TRJ) |

## Order

Upon consideration of the Objections to Magistrate Judge Jones's Order Dated December 11, 2009 Regarding Service of Process (Doc. No. 502) filed on behalf of Defendants Andreas Christ Spedition & MobelTransport, GmbH and Horst Bauer (collectively, the "Christ Defendants"), the Objections to Magistrate Judge's Memorandum Opinion and Order Denying Motion to Quash Service of Process, Denying a Stay, and Authorizing an Alternate Means of Service (Doc. No. 507), filed on behalf of Defendants Viktoria International Spedition, Viktoria Schafer International Spedition, GmbH, Viktoria—SKS Kurt Schafer Internationale GmbH &

Co., KG, Gillen & Garcon GmbH & Co. Internationale Spedition KG, Gillen & Garcon GmbH & Co. KG, M.T.S. Holding & Verwaltungs GmbH, dba M.T.S. Gruppe, Kurt Schafer and Martina Schafer (collectively "Viktoria Defendants"), and the Motion to Stay Effect of Magistrate Judge Jones' Order Pending Resolution of Their Motion for Reconsideration and Rule 72 Objections (Doc. No. 509) filed on behalf of the Viktoria Defendants, the oppositions thereto, and the arguments of counsel at the hearing on January 22, 2010, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the Christ Defendants' Objections to Magistrate Judge Jones's Order Dated December 11, 2009 Regarding Service of Process (Doc. No. 502), and the Viktoria Defendants' Objections to Magistrate Judge's Memorandum Opinion and Order Denying Motion to Quash Service of Process, Denying a Stay, and Authorizing an Alternate Means of Service (Doc. No. 507) be, and the same hereby are, OVERRULED; and it is

FURTHER ORDERED that the Viktoria Defendants' Motion to Stay Effect of Magistrate Judge Jones' Order Pending Resolution of Their Motion for Reconsideration and Rule 72 Objections (Doc. No. 509) be, and the same hereby is, DENIED as moot;[1] and it is

FURTHER ORDERED that the Magistrate Judge's Order dated December 11, 2010 (Doc. No. 465) authorizing service on the Viktoria Defendants and the Christ Defendants, as stated therein, be, and the same hereby is, affirmed; and it is

FURTHER ORDERED that plaintiffs are hereby authorized to effect service of the Third Amended Complaint on the Viktoria Defendants and the Christ Defendants in the manner authorized by the Magistrate Judge's Order dated December 11, 2010 (Doc. No. 465); and it is

---

[1] By oral order from the bench on January 22, 2010, this Court extended, pending further order of this Court, the time for the Viktoria and the Christ Defendants to respond to service effected under the Magistrate Judge's Order (Doc. No. 465).

FURTHER ORDERED that Viktoria Defendants and the Christ Defendants shall respond to the Third Amended Complaint (Doc. No. 448) within ten days of publication in the manner authorized under the Magistrate Judge's Order dated December 11, 2009 (Doc. No. 465).

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
February 04, 2010