UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* Kurt Bunk,<br><br>    Plaintiffs/Relator,<br><br>        v.<br><br>BIRKART GLOBISTICS GMBH & CO.<br>LOGISTIK UND SERVICE KG, *et al.*,<br><br>    Defendants. | No. 1:02cv1168(AJT/TRJ) |
| UNITED STATES OF AMERICA<br>*ex rel.* Ray Ammons,<br><br>    Plaintiffs/Relator,<br><br>        v.<br><br>THE PASHA GROUP, *et al.*,<br><br>    Defendants. | No. 1:07cv1198(AJT/TRJ) |

**UNITED STATES AND RELATORS' MOTION FOR JUDGMENT AGAINST
GOSSELIN DEFENDANTS FOR DAMAGES AND CIVIL PENALTIES**

The United States and relators Kurt Bunk and Ray Ammons respectfully move this Court to enter judgment in favor of the United States, awarding damages consistent with the Court's November 10, 2010 opinion and civil penalties consistent with the jury's August 4, 2011 verdict and the evidence.

Respectfully submitted,

TONY WEST
Assistant Attorney General

|  |  |
|---|---|
|  | NEIL H. MACBRIDE<br>United States Attorney<br><br>STEVEN GORDON<br>Assistant United States Attorney<br><br>JOYCE R. BRANDA<br>JAMIE ANN YAVELBERG<br>ANDREW A. STEINBERG<br>JONATHAN M. PHILLIPS<br><br>            /s/            <br>MEREDITH L. TOOLE<br>Va. Bar. No. 81022<br>U.S. Department of Justice, Civil Division<br>P.O. Box 261<br>Ben Franklin Station<br>Washington, DC 20044<br>Tel: (202) 616-3165<br>Fax: (202) 514-0280<br>Email:  meredith.l.toole@usdoj.gov |
| Dated:  August 29, 2011 | Counsel for the United States |
|  | <br>            /s/            <br>MARK HANNA<br>Va. Bar. No. 45442<br>Murphy Anderson PLLC<br>1701 K St. NW, Suite 210<br>Washington, DC 20006<br>Tel: (202) 223-2620<br>Fax: (202) 223-8651<br>Email: mhanna@murphypllc.com |
| Dated:  August 29, 2011 | Counsel for Relators Kurt Bunk and Ray Ammons |